**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **James Spearman Aircraft, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-1564243** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1235 Airport Road** <br> **Sevierville, TN 37862** <br> Number, Street, City, State & ZIP Code | **3164 Pride Road** <br> **Louisville, TN 37777** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Sevier** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.spearmanaircraft.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **James Spearman Aircraft, LLC**                                    Case number (*if known*) _____
_____
       Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**4881**_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|--------|--|--------------|--|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor    **James Spearman Aircraft, LLC**                                           Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?*** 

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **James Spearman Aircraft, LLC**                          Case number (*if known*) _____
_____Name_____

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/25/2026**
_____
MM / DD / YYYY

**X** **/s/ James Spearman by Cassidy Spearman, POA**
_____
Signature of authorized representative of debtor

**James Spearman by Cassidy Spearman, POA**
_____
Printed name

Title   **Managing Member**
_____

**18. Signature of attorney**   **X** **/s/ Richard M. Mayer  /s/ John P. Newton**
_____
Signature of attorney for debtor

Date   **6/25/2026**
_____
MM / DD / YYYY

**Richard M. Mayer  / John P. Newton**
_____
Printed name

**Law Offices of Mayer & Newton**
_____
Firm name

**8351 E. Walker Springs Lane**
**Suite 100**
**Knoxville, TN 37923**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(865) 588-5111**         Email address   **mayerandnewton@mayerandnewton.com**

**5534 / 10817 TN**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

███ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/25/2026**              X **/s/ James Spearman by Cassidy Spearman, POA**
                                          Signature of individual signing on behalf of debtor

                                          **James Spearman by Cassidy Spearman, POA**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ **82,433.47**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ **82,433.47**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **38,081.57**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **1,790,185.94**

4. **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b                                               $ **1,828,267.51**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **James Spearman Aircraft, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**              **Current value of debtor's interest**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking** | **1540** | **$0.00** |
| 3.2. | **US Bank** | **Checking** | **1557** | **$0.00** |
| 3.3. | **US Bank** | **Checking** | **1565** | **$433.47** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                                          **$433.47**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **James Spearman Aircraft, LLC**_____    Case number *(If known)* _____
          Name

Description, including name of holder of prepayment

8.1.    **\*\*\*\*\*SEE ATTACHED DOCUMENT LISTING PREPAID SERVICES\*\*\*\*\***_____    **$0.00**

---

9.    **Total of Part 2.**                                                                    **$0.00**

      Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Aircraft Parts, Hardware, Oil Filters, Spark Plugs, Brake Parts, Hoses, Wire, Connectors, Batteries, Tires/Tubes, Consumables, Misc. Repair Station Inventory** | | **$0.00** | **Liquidation** | **$8,000.00** |
| 20. | **Work in progress** **Customer Aircraft Currently Disassembled for Maintenance/Repair.** | | **$0.00** | | **Unknown** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Shop Supplies, Bins of Hardware, Electrical Supplies, Consumables, Cleaning/Shop Materials, Cords, Misc. Repair Station Supplies** | | **$0.00** | **Liquidation** | **$2,500.00** |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    __James Spearman Aircraft, LLC_____    Case number *(If known)* _____
       Name

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$10,500.00** |

24. **Is any of the property listed in Part 5 perishable?**

    ■ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ■ No

    ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Desks, Filing Cabinets, Office Chairs, Break Room Furniture** | **$0.00** | **Liquidation** | **$2,500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, Printer** | **$0.00** | **Liquidation** | **$2,500.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor   **James Spearman Aircraft, LLC**                                    Case number *(If known)* _____
          Name

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Ford F150 Lariat**<br>**\*VIN#-1FTEW1EP4MKE19494\*** | $0.00 | Liquidation | $35,000.00 |
| 47.2. **Club Car Golf Cart** | $0.00 | Liquidation | $5,000.00 |
| 47.3. **Modified Jeep Tug (Used solely for Aircraft Towing Operations)** | $0.00 | N/A | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**
    **Fan Compressor, Tool Boxes**                    $0.00    Liquidation    $22,000.00

51. **Total of Part 8.**                                                    $62,000.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **James Spearman Aircraft, LLC**                    Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **1235 Airport Road, Sevierville TN/Aircraft Hangar \*\*AIRCRAFT MAINTENANCE FACILITY OPERATED UNDER LEASE\*\*** | **Lease Agreement** | **$0.00** | N/A | **Unknown** |

56. **Total of Part 9.**                                                                     **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites www.spearmanaircraft.com** | **$0.00** | **Liquidation** | **$1,000.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations Customer Records, Aircraft Owner Contact Database, CRM Lead Database, Email Marketing Lists** | **$0.00** | **Liquidation** | **$2,500.00** |
| 64. | **Other intangibles, or intellectual property Social Media Accounts, Google Business Profile, Website Content, Internal Templates, Quoting Tools, Company Related Business Materials** | **$0.00** | **Liquidation** | **$1,000.00** |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**                                                                   **$4,500.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☒ No

Debtor __**James Spearman Aircraft, LLC**__   Case number *(If known)* _____
　　　　　Name

☐ Yes

68.　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

　　■ No
　　☐ Yes

69.　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**

　　■ No
　　☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　■ No.  Go to Part 12.
　☐ Yes Fill in the information below.

Debtor   **James Spearman Aircraft, LLC**_____      Case number *(If known)* _____
         Name

---

<span style="background:black;color:white">Part 12:</span>      **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $433.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $62,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $82,433.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $82,433.47 |

**Fill in this information to identify the case:**

Debtor name     **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF TENNESSEE

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Ford Motor Credit**<br>Creditor's Name<br><br>**P.O. Box 35910**<br>**Cleveland, OH 44135**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2021 Ford F150 Lariat** | $23,383.57 | $35,000.00 |
| | Creditor's email address, if known | Describe the lien<br>**Vehicle Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**2022**<br>**Last 4 digits of account number**<br>**9518** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Wells Fargo Auto Finance**<br>Creditor's Name<br><br>**P.O. Box 51963**<br>**Los Angeles, CA 90051**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2023 Tesla Model S \*VEHICLE IS TOTALED\*** | $14,698.00 | Unknown |
| | Creditor's email address, if known | Describe the lien<br>**Vehicle Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Unknown**<br>**Last 4 digits of account number**<br>**5601** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **James Spearman Aircraft, LLC**                                   Case number (if known) _____
           _____
           Name

■ No                           □ Contingent
□ Yes. Specify each creditor,  □ Unliquidated
including this creditor and its relative   □ Disputed
priority.

_____

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$38,081.57** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,716.29** |

**ADP, LLC
P.O. Box 221230
El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025-2026**

Last 4 digits of account number  **2852**

Basis for the claim:  **Business Accont (Services) (#72234941320260529)**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,350.00** |

**Air Power
6120 Airways Blvd.
Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **6771**

Basis for the claim:  **Business Account**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **James Spearman Aircraft, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,937.20**

**Aircraft Spruce**
**225 Airport Circle**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim:  **Business Account**

Last 4 digits of account number **105X**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$709.45**

**AirgasUSA LLC**
**P.O. Box 532609**
**Atlanta, GA 30353-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim:  **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

**Alan Hawse**
**c/o Elkhorn Creek Aviation, LLC**
**125 Apple Creek**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**

Basis for the claim:  **Business Account (Prepaid Servivces)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,625.25**

**Andew Zastrow**
**2731 Tallgrass Lane**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**

Basis for the claim:  **Business Account (Prepaid Services)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00**

**Belfer Accounting**
**108 Stekoia Lane, #102**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**

Basis for the claim:  **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,909.15**

**Benjamin Hadden**
**629 Village Blvd.**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**

Basis for the claim:  **Business Account (Prepaid Services)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,743.00**

**Biberk**
**P.O. Box 113247**
**Stamford, CT 06911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**

Basis for the claim:  **Workers compensation insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **James Spearman Aircraft, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** **Nonpriority creditor's name and mailing address**
**Big Slate Media**
**1109 Abilene Place**
**Knoxville, TN 37917**

Date(s) debt was incurred **2025**

Last 4 digits of account number **4985**

As of the petition filing date, the claim is: *Check all that apply.* **$27,791.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**Boeing**
**929 Long Bridge Drive**
**Arlington, VA 22202**

Date(s) debt was incurred **2024-2025**

Last 4 digits of account number **1319**

As of the petition filing date, the claim is: *Check all that apply.* **$4,463.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**CRI Simple Numbers**
**2004 Airport Road SW, #211**
**Huntsville, AL 35801**

Date(s) debt was incurred **2023-2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.* **$5,333.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Danny King**
**c/o Tennessee Aviation Svs., LLC**
**P.O. Box 4005**
**Sevierville, TN 37864**

Date(s) debt was incurred **2026**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.* **$64,162.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account (Prepaid Services)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**David McClasky**

Date(s) debt was incurred **2025**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.* **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**Diamond**
**723 SW 7th Avenue**
**Amarillo, TX 79101**

Date(s) debt was incurred **2026**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.* **$271.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**Douglas Stroh**
**389 Roy Hays Way**
**Kodak, TN 37764**

Date(s) debt was incurred **2025**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.* **$253,781.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      **Page 3 of 11**

Debtor    **James Spearman Aircraft, LLC**                                     Case number (if known) _____
       Name

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,739.10** |
|---|---|---|---|

**Ebbert CPA Firm**
**9815 Cogdill Road, #1**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,193.60** |
|---|---|---|---|

**Electroair**
**317 Catrell Drive, #2**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number  6896**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$309.22** |
|---|---|---|---|

**English Mountain**
**3161 Old Hwy. 411**
**Dandridge, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,351.59** |
|---|---|---|---|

**Fed-Ex Freight**
**P.O. Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number  1621**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Forty 2nd Street**
**828 N. Broadway, #223**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,964.61** |
|---|---|---|---|

**Gordon Collins**
**4019 Taliluna Avenue**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025-2026**

**Basis for the claim:  Business Loans to LLC**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**Gordon Collins**
**4019 Talihuna Avenue**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account (Prepaid Services)**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **James Spearman Aircraft, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.24** Nonpriority creditor's name and mailing address
**Great American Insurance Compnay**
**301 East 4th Street**
**24th Floor**
**Cincinnati, OH 45202**

Date(s) debt was incurred  **2026**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance deductible on claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,000.00**

---

**3.25** Nonpriority creditor's name and mailing address
**HHLINE**
**3999 Chevy Way**
**Bowling Green, KY 42104**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9431**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,718.31**

---

**3.26** Nonpriority creditor's name and mailing address
**HubSpot**
**2 Canal Park**
**Cambridge, MA 02141**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **7403**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,516.39**

---

**3.27** Nonpriority creditor's name and mailing address
**Imagine It**
**165 E. Wears Valley Road, #16**
**Pigeon Forge, TN 37863**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$149.95**

---

**3.28** Nonpriority creditor's name and mailing address
**Impact Marketing Services**
**2572 Pittman Center Road**
**Sevierville, TN 37876**

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **JSA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,000.00**

---

**3.29** Nonpriority creditor's name and mailing address
**Imperial PFS**
**1055 Broadway Blvd, 11th Flr.**
**Kansas City, MO 64105**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$979.15**

---

**3.30** Nonpriority creditor's name and mailing address
**Jamie Mason**
**431 Park Village Way, #109**
**Knoxville, TN 37923**

Date(s) debt was incurred  **2024-2026**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loans**

Is the claim subject to offset?  ■ No  ☐ Yes

**$399,632.50**

---

Official Form 206 E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 **Page 5 of 11**

| Debtor | **James Spearman Aircraft, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,632.50**

**Jamie Mason**
**c/o G6 Sky High Aviation Inc.**
**431 Park Village Road, #109**
**Knoxville, TN 37923**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account (Prepaid Services)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.75**

**Jet Care**
**3 Saddle Road**
**Cedar Knolls, NJ 07927**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,048.04**

**John Rettick**
**c/o Cross Services, LLC**
**108 W. 13th Street**
**Wilmington, DE 19801**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account (Prepaid Services)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,925.00**

**Lisa Lorenz**

Date(s) debt was incurred  **2025-2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,738.04**

**Mark McKinney**
**P.O. Box 165**
**Meadowview, VA 24361**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account (Prepaid Services)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.50**

**McNutt Oil**
**1817 W. Lamar Alexander Pkwy.**
**Maryville, TN 37801**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,704.34**

**Memphis Propeller & Accessories**
**11098 Willow Ridge Drive**
**Olive Branch, MS 38654**

Date(s) debt was incurred  **2026**

Last 4 digits of account number  **076L**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **James Spearman Aircraft, LLC**                                      Case number (if known)
         Name

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**MidContinent Instruments**
**9400 E. 34th Street**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Account**

Last 4 digits of account number  **0841**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Mike Wedgewood & Brian Howle**
**c/o Wedgewood Ventures, LLC**
**P.O. Box 7967**
**Missoula, MT 59807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2026**

Basis for the claim:  **Business Account (Prepaid Services)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,966.97** |
|---|---|---|---|

**On Deck**
**1400 Broadway, 25th Flr.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,191.25** |
|---|---|---|---|

**Quality Plumbing, Heating Cooling & Elec**
**405 Donovans Lane**
**Kodak, TN 37764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2026**

Basis for the claim:  **Business Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,129.58** |
|---|---|---|---|

**Quickbook Loans**
**16192 Coastal Hwy.**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Line of Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,181.72** |
|---|---|---|---|

**Ray Munoz**
**c/o Swostar Hodlings, LLC**
**2670 Carlton Place NE**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2026**

Basis for the claim:  **Business Account (Prepaid Services)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,082.34** |
|---|---|---|---|

**Ronald Leimgruber**
**c/o Ronald C. Leimgruber Farms**
**646 Olive Avenue**
**Holtville, CA 92250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2026**

Basis for the claim:  **Business Account (Prepaid Services)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **James Spearman Aircraft, LLC**                                     Case number (if known) _____
         Name

| | | |
|---|---|---|

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$337.29**

**Safety Kleen Corp.**
**PO Box 650509**
**Dallas, TX 75265-0509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77,839.00**

**SBA**
**409 3rd Street SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00**

**Sean Hartness**
**c/o N800DT, LLC**
**5305 Limestone Road**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account (Prepaid Services)**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,502.00**

**Sevier Co. Choppers**
**1255 Airport Road**
**Sevierville, TN 37862**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161.43**

**Sevier Co. Electric System**
**P.O. Box 4870**
**Sevierville, TN 37864-4870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,694.18**

**Sevier Co. Utility District**
**P.O. Box 6519**
**Sevierville, TN 37864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Business Account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00**

**Sevier County Clerk & Master**
**P.O. Box 4426**
**Sevierville, TN 37864-4426**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  Court Costs**

**Last 4 digits of account number  6146**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **James Spearman Aircraft, LLC**                                    Case number (if known)
               Name

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,018.74** |
|---|---|---|---|

**Snap-on Tools Company, LLC**
**950 Technology Way, Ste. 301**
**Libertyville, IL 60048**

Date(s) debt was incurred  **2025-2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,095.89** |
|---|---|---|---|

**Spartan Capital**
**161 National Plaza, #300**
**Oxon Hill, MD 20745**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,640.00** |
|---|---|---|---|

**Specialty Capital, LLC/CapFront**
**224 W 35th Street, Ste. 500, Unit 583**
**New York, NY 10001**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.89** |
|---|---|---|---|

**Spectrum Cable & Internet**
**PO Box 94188**
**Palatine, IL 60094-4188**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.04** |
|---|---|---|---|

**Spectrum Mobile**
**P.O. Box 94188**
**Palatine, IL 60094**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,620.00** |
|---|---|---|---|

**Steven Knight**
**c/o Knight Flight, LLC**
**206 Rivers Edge Drive**
**Loudon, TN 37774**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account (Prepaid Services)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,872.50** |
|---|---|---|---|

**Sweet Aviation**
**902 W. Ludwig Road, #118**
**Fort Wayne, IN 46825**

Date(s) debt was incurred  **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **James Spearman Aircraft, LLC**                    Case number (if known) _____
  <small>Name</small>

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,332.00** |

**Tennessee Bureau of Workers Compensation**
**220 French Landing Dr**
**Floor 1-B**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

Basis for the claim:  **Worker's Compensation Settlement**

**Last 4 digits of account number  310A**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,579.00** |

**Textron**
**40 Westminster Street**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

Basis for the claim:  **Business Account**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,606.97** |

**Todd Hardin**
**c/o Chi Energy Services Inc.**
**140 Wilson Circle**
**Gadsden, AL 35901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

Basis for the claim:  **Business Account (Prepaid Services)**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69,982.63** |

**Tres Penny**
**c/o Old Goat Aviation, LLC**
**326 Stringer Street**
**Chattanooga, TN 37405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

Basis for the claim:  **Business Account (Prepaid Services)**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,750.24** |

**United Healthcare**
**P.O. Box 740376**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,424.00** |

**US Bank**
**P.O. Box 1800**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025-2026**

Basis for the claim:  **Business Credit Card**

**Last 4 digits of account number  5409**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,450.00** |

**Woolf, McClane, Bright, Allen, et al**
**PO Box 900**
**Knoxville, TN 37901-0900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Business Account (Services)**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**      **List Others to Be Notified About Unsecured Claims**

Debtor   **James Spearman Aircraft, LLC**                              Case number (if known) _____
          Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Commercial Bank**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 400**<br>**Harrogate, TN 37752-0400** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Frances M. Hamilton, III**<br>**United States Attorney's Office**<br>**Eastern District of Tennessee**<br>**800 Market Street, #211**<br>**Knoxville, TN 37902** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Frances M. Hamilton, III**<br>**United States Attorney's Office**<br>**Eastern District of Tennessee**<br>**800 Market Street, #211**<br>**Knoxville, TN 37902** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **H. Stephen Gillman Attorney**<br>**P.O. Box 870**<br>**Knoxville, TN 37901** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Lyon Collection** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Nina Harris**<br>**520 West Summit Hill Dr**<br>**Suite 103**<br>**Knoxville, TN 37902** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Tennessee Bureau of Workers Compensation**<br>**c/o TN Attorney General's Office**<br>**Bankruptcy Division**<br>**P.O. Box 20207**<br>**Nashville, TN 37202-0207** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **William McCormick**<br>**Office of Attorney General**<br>**Bankruptcy Division**<br>**P.O. Box 20207**<br>**Nashville, TN 37202-0207** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,790,185.94** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,790,185.94** |

**Fill in this information to identify the case:**

Debtor name   **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease for Airport Hanger/Aircraft Maintenance Facility.** | |
|           State the term remaining | **0** | **Gatlinburg Airport Authority, Inc.** |
|           List the contract number of any government contract | | **134 Air Museum Way** **Sevierville, TN 37862** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Lease on Business Software, CRM, Communications, Website, Subscription and Advertising Services.** | |
|           State the term remaining | **Month to Month** | **Quickbooks Online** |
|           List the contract number of any government contract | | **16192 Coastal Hwy.** **Lewes, DE 19958** |

**Fill in this information to identify the case:**

Debtor name    **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **James Spearman** | **3164 Pride Road Louisville, TN 37777** | **SBA** | ☐ D _____<br>■ E/F  **3.46**<br>☐ G _____ |
| 2.2 | **James Spearman** | **3164 Pride Road Louisville, TN 37777** | **On Deck** | ☐ D _____<br>■ E/F  **3.40**<br>☐ G _____ |
| 2.3 | **James Spearman** | **3164 Pride Road Louisville, TN 37777** | **Specialty Capital, LLC/CapFront** | ☐ D _____<br>■ E/F  **3.54**<br>☐ G _____ |
| 2.4 | **James Spearman** | **3164 Pride Road Louisville, TN 37777** | **Spartan Capital** | ☐ D _____<br>■ E/F  **3.53**<br>☐ G _____ |

Official Form 206H                     Schedule H: Your Codebtors                     Page 1 of 1

**Fill in this information to identify the case:**

Debtor name     **James Spearman Aircraft, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF TENNESSEE

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$557,887.31** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$976,812.74** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,469,747.81** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **James Spearman Aircraft, LLC**                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Sweet Aviation, LLC**<br>**902 W, Ludwig Road, #118**<br>**Fort Wayne, IN 46825** | **3/12/2026;**<br>**3/16/2026** | **$91,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **NATPAY/Payroll Processor**<br>**3415 W. Cypress Street**<br>**Tampa, FL 33607** | **3/12/2026;**<br>**3/26/2026;**<br>**4/9/2026;**<br>**5/7/2026** | **$93,176.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll/Wages/Payroll Processing** |
| 3.3. **Garmin**<br>**1200 E. 15th Street**<br>**Olathe, KS 66062** | **3/20/2026;**<br>**4/27/2026;**<br>**5/13/2026;**<br>**5/15/2026** | **$19,011.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **National Payment Corp.**<br>**3415 W. Cypress Street**<br>**Tampa, FL 33607** | **4/27/2026** | **$22,260.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Aircraft Spruce**<br>**225 Airport Circle**<br>**Corona, CA 92878** | **3/2026 to**<br>**5/2026** | **$7,575.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Spartan Business Solutions**<br>**161 National Plaza, #300**<br>**Oxon Hill, MD 20745** | **3/2026 to**<br>**5/2026** | **$3,400.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Spearman**<br>**3164 Pride Road**<br>**Louisville, TN 37777**<br>**Member/President** | **3/9/2026** | **$2,885.00** | **Owner Pay/Draw or Reimbursement.** |

Debtor   **James Spearman Aircraft, LLC**                                   Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Cassidy Spearman** **3164 Pride Road** **Louisville, TN 37777** **Member/Secretary** | **4/27/2026;** **4/30/2026;** **5/4/2026;** **5/8/2026;** **5/11/2026** | **$2,845.53** | **Owner Pay/Draw or Reimbursement.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Douglas Stroh vs Debtor** **26-6-146** | **Civil Action** | **Sevier County Chancery Court** **125 Court Avenue** **Sevierville, TN 37862** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **State of Tennessee/Bureau of Worker's Compensation vs James Spearman Aircraft LLC and Their Successors in Interest** **25-5-01021310-A** | **Worker's Compensation Case** | **State of Tennessee Dept. of Financial Responsibility P.O. Box 945 Nashville, TN 37202-0945** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   **James Spearman Aircraft, LLC**                                Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Parts and Equipment-Amounts and description unknown-Taken from Airport Hangar leased Premises** | **None-Insurance claim will be submitted if covered** | **June 2026** | **Unknown** |
| **Damaged Aircraft claim-Possible insurance claim for the damage-not filed** | **None to date** | | **Unknown** |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of Mayer & Newton**<br>**8351 E. Walker Springs Lane Suite 100**<br>**Knoxville, TN 37923** | **Attorney Fees** | **6/4/2026** | **$2,500.00** |
| **Email or website address**<br>**mayerandnewton@mayerandnewton.com** | | | |
| **Who made the payment, if not debtor?**<br>**Michelle Stokes** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **James Spearman Aircraft, LLC**                          Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■   No.
☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.
■   Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **James Spearman Aircraft 401K Plan (ADP Retirement Services)** | EIN:   **033501** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | James Spearman Aircraft, LLC | Case number *(if known)* |
|---|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank**<br>**6000 Kingston Pike**<br>**Knoxville, TN 37919** | **XXXX-9150** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2026** | **$0.00** |
| 18.2. | **US Bank**<br>**6000 Kingston Pike**<br>**Knoxville, TN 37919** | **XXXX-1524** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2026** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Airport Mini Storage**<br>**Chapman Highway**<br>**Sevierville, TN 37862** | **James and Cassidy Spearman** | **Old Parts,  business records.** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alan Hawse**<br>**c/o Elkhorn Creek Aviation, LLC**<br>**125 Apple Creek**<br>**Georgetown, KY 40324** | **1235 Airport Road**<br>**Sevierville, TN 37862** | **Disassembled Aircraft** | **Unknown** |

Debtor    **James Spearman Aircraft, LLC**                                   Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Douglas Stroh**<br>**389 Roy Hays Way**<br>**Kodak, TN 37764** | **1235 Airport Road**<br>**Sevierville, TN 37862** | **Disassembled Aircraft** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Benjamin Hadden**<br>**629 Village Blvd.**<br>**Incline Village, NV 89451** | **1235 Airport Road**<br>**Sevierville, TN 37862** | **Disassembled Aircraft** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Current Owner (Insurance)**<br>**ADDRESS UNKNOWN** | **1235 Airport Road**<br>**Sevierville, TN 37862** | **Damaged Aircraft** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

Debtor   **James Spearman Aircraft, LLC**                                 Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **James Spearman Aircraft, LLC**<br>**1235 Airport Road**<br>**Sevierville, TN 37862** | **General Aviation Maintenance** | EIN:        **85-1654243**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Quickbooks Online**<br>**16192 Coastal Hwy.**<br>**Lewes, DE 19958** | **2025 to 2026** |
| 26a.2.   **Ebbert CPA Firm**<br>**9815 Cogdill Road, #1**<br>**Knoxville, TN 37932** | **2/2024 to 2/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Cassidy Spearman**<br>**3162 Pride Road**<br>**Louisville, TN 37777** | |
| 26c.2.   **James Spearman**<br>**3164 Pride Road**<br>**Louisville, TN 37777** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **James Spearman Aircraft, LLC**                                Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Spearman** | **3164 Pride Road Louisville, TN 37777** | **Managing Manager** | **30.82%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cassidy Spearman** | **3164 Pride Road Louisville, TN 37777** | **Member/Secretary** | **30.82%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gordon Collins** | **4019 Taliluna Avenue Knoxville, TN 37919** | **Member** | **23.36%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jamie Mason** | **431 Park Village Way, #109 Knoxville, TN 37923** | **Member** | **15.00%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **James Spearman Aircraft 401K Plan** | EIN:      **033501** |

Debtor    **James Spearman Aircraft, LLC**                              Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **6/25/2026**

| | |
|---|---|
| **/s/ James Spearman by Cassidy Spearman, POA** | **James Spearman by Cassidy Spearman, POA** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

---

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **James Spearman Aircraft, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **6/25/2026**

**/s/ James Spearman by Cassidy Spearman, POA**
**James Spearman by Cassidy Spearman, POA**/**Managing Member**
Signer/Title

Date:  **6/25/2026**

**/s/ Richard M. Mayer  /s/ John P. Newton**
Signature of Attorney
**Richard M. Mayer  / John P. Newton**
**Law Offices of Mayer & Newton**
**8351 E. Walker Springs Lane**
**Suite 100**
**Knoxville, TN 37923**
**(865) 588-5111   Fax: (865) 588-6143**

ADP, LLC
P.O. Box 221230
El Paso, TX 79912

Air Power
6120 Airways Blvd.
Chattanooga, TN 37421

Aircraft Spruce
225 Airport Circle
Corona, CA 92878

AirgasUSA LLC
P.O. Box 532609
Atlanta, GA 30353-2609

Alan Hawse
c/o Elkhorn Creek Aviation, LLC
125 Apple Creek
Georgetown, KY 40324

Andew Zastrow
2731 Tallgrass Lane
Knoxville, TN 37932

Belfer Accounting
108 Stekoia Lane, #102
Knoxville, TN 37912

Benjamin Hadden
629 Village Blvd.
Incline Village, NV 89451

Biberk
P.O. Box 113247
Stamford, CT 06911

Big Slate Media
1109 Abilene Place
Knoxville, TN 37917

Boeing
929 Long Bridge Drive
Arlington, VA 22202

Commercial Bank
Attn:  Bankruptcy Dept
P.O. Box 400
Harrogate, TN 37752-0400

CRI Simple Numbers
2004 Airport Road SW, #211
Huntsville, AL 35801

Danny King
c/o Tennessee Aviation Svs., LLC
P.O. Box 4005
Sevierville, TN 37864

David McClasky

Diamond
723 SW 7th Avenue
Amarillo, TX 79101

Douglas Stroh
389 Roy Hays Way
Kodak, TN 37764

Ebbert CPA Firm
9815 Cogdill Road, #1
Knoxville, TN 37932

Electroair
317 Catrell Drive, #2
Howell, MI 48843

English Mountain
3161 Old Hwy. 411
Dandridge, TN 37725

Fed-Ex Freight
P.O. Box 660481
Dallas, TX 75266

Ford Motor Credit
P.O. Box 35910
Cleveland, OH 44135

Forty 2nd Street
828 N. Broadway, #223
Knoxville, TN 37917

Frances M. Hamilton, III
United States Attorney's Office
Eastern District of Tennessee
800 Market Street, #211
Knoxville, TN 37902

Gatlinburg Airport Authority, Inc.
134 Air Museum Way
Sevierville, TN 37862

Gordon Collins
4019 Taliluna Avenue
Knoxville, TN 37919

Gordon Collins
4019 Talihuna Avenue
Knoxville, TN 37919

Great American Insurance Compnay
301 East 4th Street
24th Floor
Cincinnati, OH 45202

H. Stephen Gillman Attorney
P.O. Box 870
Knoxville, TN 37901

HHLINE
3999 Chevy Way
Bowling Green, KY 42104

HubSpot
2 Canal Park
Cambridge, MA 02141

Imagine It
165 E. Wears Valley Road, #16
Pigeon Forge, TN 37863

Impact Marketing Services
2572 Pittman Center Road
Sevierville, TN 37876

Imperial PFS
1055 Broadway Blvd, 11th Flr.
Kansas City, MO 64105

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James Spearman
3164 Pride Road
Louisville, TN 37777

Jamie Mason
431 Park Village Way, #109
Knoxville, TN 37923

Jamie Mason
c/o G6 Sky High Aviation Inc.
431 Park Village Road, #109
Knoxville, TN 37923

Jet Care
3 Saddle Road
Cedar Knolls, NJ 07927

John Rettick
c/o Cross Services, LLC
108 W. 13th Street
Wilmington, DE 19801

Lisa Lorenz

Lyon Collection

Mark McKinney
P.O. Box 165
Meadowview, VA 24361

McNutt Oil
1817 W. Lamar Alexander Pkwy.
Maryville, TN 37801

Memphis Propeller & Accessories
11098 Willow Ridge Drive
Olive Branch, MS 38654

MidContinent Instruments
9400 E. 34th Street
Wichita, KS 67226

Mike Wedgewood & Brian Howle
c/o Wedgewood Ventures, LLC
P.O. Box 7967
Missoula, MT 59807

Nina Harris
520 West Summit Hill Dr
Suite 103
Knoxville, TN 37902

On Deck
1400 Broadway, 25th Flr.
New York, NY 10018

Quality Plumbing, Heating Cooling & Elec
405 Donovans Lane
Kodak, TN 37764

Quickbook Loans
16192 Coastal Hwy.
Lewes, DE 19958

Quickbooks Online
16192 Coastal Hwy.
Lewes, DE 19958

Ray Munoz
c/o Swostar Hodlings, LLC
2670 Carlton Place NE
Atlanta, GA 30319

Ronald Leimgruber
c/o Ronald C. Leimgruber Farms
646 Olive Avenue
Holtville, CA 92250

Safety Kleen Corp.
PO Box 650509
Dallas, TX 75265-0509

SBA
409 3rd Street SW
Washington, DC 20416

Sean Hartness
c/o N800DT, LLC
5305 Limestone Road
Wilmington, DE 19808

Sevier Co. Choppers
1255 Airport Road
Sevierville, TN 37862

Sevier Co. Electric System
P.O. Box 4870
Sevierville, TN 37864-4870

Sevier Co. Utility District
P.O. Box 6519
Sevierville, TN 37864

Sevier County Clerk & Master
P.O. Box 4426
Sevierville, TN 37864-4426

Snap-on Tools Company, LLC
950 Technology Way, Ste. 301
Libertyville, IL 60048

Spartan Capital
161 National Plaza, #300
Oxon Hill, MD 20745

Specialty Capital, LLC/CapFront
224 W 35th Street, Ste. 500, Unit 583
New York, NY 10001

Spectrum Cable & Internet
PO Box 94188
Palatine, IL 60094-4188

Spectrum Mobile
P.O. Box 94188
Palatine, IL 60094

Steven Knight
c/o Knight Flight, LLC
206 Rivers Edge Drive
Loudon, TN 37774

Sweet Aviation
902 W. Ludwig Road, #118
Fort Wayne, IN 46825

Tennessee Bureau of Workers Compensation
220 French Landing Dr
Floor 1-B
Nashville, TN 37243

Tennessee Bureau of Workers Compensation
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Textron
40 Westminster Street
Providence, RI 02903

Todd Hardin
c/o Chi Energy Services Inc.
140 Wilson Circle
Gadsden, AL 35901

Tres Penny
c/o Old Goat Aviation, LLC
326 Stringer Street
Chattanooga, TN 37405

United Healthcare
P.O. Box 740376
Atlanta, GA 30374

US Bank
P.O. Box 1800
Saint Paul, MN 55101

Wells Fargo Auto Finance
P.O. Box 51963
Los Angeles, CA 90051

William McCormick
Office of Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Woolf, McClane, Bright, Allen, et al
PO Box 900
Knoxville, TN 37901-0900

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **James Spearman Aircraft, LLC**

Debtor(s)

Case No. _____

Chapter **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**James Spearman Aircraft, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**6/25/2026**

Date

**/s/ Richard M. Mayer  /s/ John P. Newton**

**Richard M. Mayer  / John P. Newton**

Signature of Attorney or Litigant

Counsel for   **James Spearman Aircraft, LLC**

**Law Offices of Mayer & Newton**
**8351 E. Walker Springs Lane**
**Suite 100**
**Knoxville, TN 37923**
**(865) 588-5111 Fax:(865) 588-6143**
**mayerandnewton@mayerandnewton.com**