

**SO ORDERED.**
**SIGNED this 29th day of June, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

JAMES SPEARMAN AIRCRAFT, LLC

Debtor

Case No. 3:26-bk-31270-SHB
Chapter 7

## O R D E R

The Voluntary Petition commencing this Chapter 7 bankruptcy case was filed on June 29, 2026, but the Voluntary Petition, Statement of Financial Affairs, Declaration Under Penalty of Perjury for Non-Individual Debtors, and Verification of Creditor Matrix are signed by "Cassidy Spearman, POA" [Doc. 1 at 4, 5, 38, 39]. The power of attorney was not filed, however, and the Court cannot ascertain whether Cassidy Spearman is authorized to file a bankruptcy case for Debtor.  The Court, accordingly, directs the following:

1.  No later than July 8, 2026, Debtor's counsel shall file the power of attorney between James Spearman and Cassidy Spearman as an exhibit to the Voluntary Petition.

2.  James Spearman and Cassidy Spearman shall appear on July 16, 2026, at 9:00 a.m., in Bankruptcy Courtroom 1-C, Howard H. Baker Jr. United States Courthouse, 800 Market Street,

Knoxville, Tennessee, for the Court to ascertain if the power of attorney authorized the bankruptcy

filing.

###