**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION AT KNOXVILLE**

| | |
|---|---|
| **IN RE:** ) | |
|    **JAMES SPEARMAN AIRCRAFT, LLC,** ) | **Case No: 3:26-bk-31270-SHB** |
| ) | **Chapter 7** |
|    **Debtor.** ) | |

**EXHIBIT TO VOLUNTARY PETITION**

COMES now counsel for the Debtor and files the attached Special Power of Attorney as

an Exhibit to the Voluntary Petition.

**DATED**: June 30, 2026.

**RESPECTFULLY SUBMITTED BY:**

s/ John P. Newton, BPR #010817
s/ Kevin S. Newton, BPR #032713
s/ Richard M. Mayer, #5534
Law Offices of MAYER & NEWTON
Attorneys for Debtor
8351 E. Walker Springs Lane, Ste.100
Knoxville, TN 37923
(865) 588-5111 Telephone
(865) 588-6143 Fax
mayerandnewton@mayerandnewton.com

**CERTIFICATE OF SERVICE**

I, John P. Newton, Jr., certify that a true and correct copy of the foregoing **Exhibit to Voluntary Petition** has been served, by first class, U.S. Mail (USM), postage prepaid or by Electronic Filing (ECF) to the following:

| | |
|---|---|
| Tiffany DiIorio | (ECF) |
| United States Trustee | |
| | |
| Aaron Spencer | (ECF) |
| Chapter 7 Trustee | |

Dated:  June 30, 2026       /s/ John P. Newton, Jr., #010817

# SPECIAL POWER OF ATTORNEY

*PREAMBLE: This is a MILITARY POWER OF ATTORNEY prepared pursuant to Title 10, United States Code, § 1044b, and executed by a person authorized to receive legal assistance from the military services. Federal law exempts this power of attorney from any requirement of form, substance, formality, or recording that is prescribed for powers of attorney by the laws of a state, the District of Columbia, or a territory, commonwealth, or possession of the United States. Federal law specifies that this power of attorney shall be given the same legal effect as a power of attorney prepared and executed in accordance with the laws of the jurisdiction where it is presented.*

A Special Power of Attorney (SPOA) is a written authorization to act on another's behalf regarding private affairs, business matters such as banking and real estate, and other matters as specified in the language of the SPOA. The person authorizing the other to act is the principal or grantor. For a SPOA to be valid, the principal must sign the SPOA and their signature must be notarized. The person authorized to act on the principal's behalf is the agent or attorney-in-fact. By signing this document, you are creating a SPOA for the agent listed below to act on your behalf as outlined in the paragraphs below.

## KNOW ALL PERSONS BY THESE PRESENTS:

That I, **James Spearman**, currently residing in the state of **Tennessee**, by this document do make and appoint **Cassidy Spearman**, whose present address is **3164 Pride Rd, Louisville, TN 37777**, as my true and lawful attorney-in-fact to do and execute any or all of the following acts or things:

**I GIVE AND GRANT** unto the above named attorney-in-fact (agent) full power and authority to do and perform all and every act and thing whatsoever required and necessary to be done (or to act with persons jointly interested with myself therein in the doing or execution of), as fully to all intents and purposes as I might or could do if personally present, namely:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, and other similar accounts with financial institutions. This instrument does not authorize opening or extending any open-end or closed-end consumer or business revolving credit accounts or lines of credit.

a. Conduct any business with any banking or financial institution with respect to any of my financial accounts, including, but not limited to, making deposits and withdrawals, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

b. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.

c. Have access to any safe deposit box that I might own, including its contents.

2. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

3. Exercise all stock rights on my behalf as my proxy, including all rights with respect to stocks, bonds, debentures, or other investments.

4. Employ professional and business assistance professionals and counselors as may be appropriate, including but not limited to attorneys, accountants, stock brokers, and brokerage houses to deal with financial accounts. This power does not, however, include any power over real estate owned in part or whole by the Grantor, therefore this clause shall not be construed as extending to the hiring of real estate agents or property managers which shall be authorized under a separate special power of attorney for real estate management and transactions which specifically identifies the subject real property.

5. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information or documents from any government or its agencies, and negotiate, compromise, or settle any matter with such government or agency (including tax matters).

c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including military and social security benefits).

d. Prepare documents, provide information and perform any other act reasonably requested by Defense Finance and Accounting Services to insure continued and correct transmittal of my military pay and entitlements to my authorized financial accounts.

6. Transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

Any power or authority granted to my attorney-in-fact (agent) under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing:

(i) my income to be taxable to my attorney-in-fact (agent),

(ii) my assets to be subject to a general power of appointment by my attorney-in-fact (agent), and
(iii) my attorney-in-fact (agent) to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my attorney-in-fact (agent).

**I HEREBY GIVE AND GRANT TO** my said attorney-in-fact full power and authority to perform every act and thing whatsoever that is necessary or appropriate to accomplish the purposes for which this Power of Attorney is granted, as fully and effectually as I could do if I were present; and I hereby ratify all that my said attorney-in-fact shall lawfully do or cause to be done by virtue of this document.

**PROVIDED,** however, that all business transacted hereunder for me or for my account shall be transacted in my name, and that all endorsements and instruments executed by my said attorney-in-fact for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my said attorney-in-fact and the designation "attorney-in-fact."

**I FURTHER DECLARE,** this power of attorney shall remain in full force and effect until **10 June, 2027,** unless sooner revoked by me. Any act or thing lawfully done hereunder by my said attorney-in-fact shall be binding on myself and my heirs, legal and personal representatives and assigns, whether the same shall have been done either before or after my death, or other revocation of this instrument, unless and until reliable intelligence or notice thereof shall have been received by my said attorney-in-fact. Revocation shall be of no effect on parties (either my agent-in-fact or a third party) who act or have completed acts in reliance upon this special power of attorney prior to receipt by them of such notice of revocation as may be prescribed by law.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK

*If you are a 1044 Federal notary, ink slash the state notary block and initial the slash, then complete only the 1044 Fed notary block.*

*If you are a State licensed notary, ink slash the federal notary block and initial the slash, then complete only the state notary block.*

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal on this date, the 10th of June, 2026

_____
James Spearman

**ACKNOWLEDGEMENT BY A PERSON AUTHORIZED TO ACT AS A NOTARY PURSUANT TO TITLE 10 U.S.C. 1044a SERVING WITH THE ARMED FORCES OF THE UNITED STATES**

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document.*
*To which this certificate is attached, and not the truthfulness, accuracy, or validity of that document*

**AT:** _Uso Everhceen Broce South Bay_

Before me personally appeared **James Spearman**, who, having produced an Armed Forces Identification Card and/or valid State/Federal Government issued identification, is proven to me to be the identical person who is described herein, and who signed and executed the foregoing instrument on this, the 10th of June, 2026, before me, _Caleb Grimes_, as a true, free, and voluntary act and deed, for uses, purposes, and considerations therein set forth. And I do further certify that I am a person authorized under 10 U.S.C. § 1044a to exercise the powers of a notary without requirement of a seal, and that this document is executed by me in accordance with those powers and in that capacity.

_____

Name of Notary: _Caleb Grimes_
Rank: _E 6_
Authority: 10 U.S.C. § 1044a.
NO SEAL REQUIRED

LR Caleb Grimes, JAGC, U.S. Navy
Federal Notary, Under Authority of 10 U.S.C. 1044a
Office of the Judge Advocate General of the Navy
Commission Expires: _11/30/30_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ACKNOWLEDGEMENT BY STATE/COMMONWEALTH/TERRITORY/LICENSED to read Acknowledgement by State/Commonwealth/Territory Licensed NOTARY PUBLIC**
*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document.*

*To which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*
The state, commonwealth, or district of _____

)
) SS.:
County of _____ )

On this, the 10th of June, 2026, before me, _____, Notary Public, personally appeared **James Spearman**, who proved to me on the basis of satisfactory evidence consisting of an Armed Forces Identification Card and/or valid State/Federal Government issued identification to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of **the state, commonwealth, territory, or district of**

_____

that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

_____
Notary Public
My commission expires:_____